BEFORE THE THIRD DIVISION, NOVEMBER 13, 1957

**No. 61342.**—Halsey Import Company v. United States, protest 294298–K (New York).

Opinion by Johnson, J. At the trial, the collector's amended memorandum was received in evidence, reading as follows: "Following Appraiser's description & on appraised value as one piece the merchandise would now be properly classified at 45% under paragraph 212 of the Tariff Act of 1930." On the record presented, the compotes were held dutiable at 45 percent under the provision in paragraph 212, as modified, *supra*, for decorated chinaware, not tableware, not containing 25 percent or more of calcined bone.

**No. 61343.**—Ignaz Strauss & Co., Inc., et al. v. United States, protests 148626–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, provided that if the body of such ware is covered wholly or in part with an engobe or body slip, the engobe or body slip shall be considered a part of the body, the claim of the plaintiffs was sustained. (Abstract 51831 followed).